■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CONNOLLY, Appellant. [688 NYS2d 352] —Judgment unanimously affirmed. Memorandum: We reject defendant's contentions that the conviction is not supported by legally sufficient evidence and that the verdict is against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). Defendant's contention that the People failed to disclose a statement of a witness until the eve of trial is not preserved for our review because the only objection to that statement was made in a postverdict motion (*see, People v Padro,* 75 NY2d 820, *rearg denied* 75 NY2d 1005, *rearg dismissed* 81 NY2d 989). Supreme Court did not abuse its discretion in allowing the People to cross-examine defendant with respect to his application to the New York State Department of Motor Vehicles for a Purple Heart license plate. The questioning was relevant and material to defendant's credibility, veracity, and honesty (*see, People v Walker,* 83 NY2d 455, 461-462). We have reviewed defendant's remaining contentions and conclude that they are without merit. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Offering False Instrument Filing, 1st Degree.) Present—Denman, P. J., Green, Pine, Hayes and Hurlbutt, JJ.